ACCEPTED
03-15-00335-CV
7942919
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 10:13:51 AM
JEFFREY D. KYLE
CLERK

# PLUNKETT & GRIESENBECK, INC.

ATTORNEYS AT LAW

CATHOLIC LIFE BUILDING, SUITE 900

1635 N.E. LOOP 410

SAN ANTONIO, TX 78209

TELEPHONE: (210) 734-7092

FACSIMILE: (210) 734-0379

RUTH G. MALINAS

Board Certified
Civil Appellate Law
Texas Board of Legal
Specialization

RMalinas@pg-law.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 10:13:51 AM
JEFFREY D. KYLE
Clerk

November 23, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:   Court of Appeals Number: 03-15-00335-CV
      Trial Court Case Number: D-1-GN-14-004583
      *Herbert Rolnick v. Sight's My Line, Inc., a Florida Corporation; Stewart Lantz;
      Riggs, Aleshire & Ray; Blazier, Christensen, Bigelow & Vir, P.C.; and Adams
      & Graham*
      Our File No. 3878-008

Dear Mr. Kyle:

Please accept this correspondence as my official notification that I will be on vacation on the following dates:

December 26, 2015 – January 4, 2016.

Therefore, during said dates, I will be unavailable for hearings, trials and settings. Please do not set any matter before Court during those dates which would require my attendance.

Thank you for your attention to this matter.

Sincerely,

PLUNKETT & GRIESENBECK, INC.

BY: _____
Ruth G. Malinas

RGM/lac

cc:
Mr. Michael B. Johnson, Via Email: mjohnson@thompsoncoe.com
Mr. Salvador Davila, Via Email: sdavila@thompsoncoe.com
Mr. Scott R. Kidd, Via Email: scott@kiddlawaustin.com
Mr. Scott V. Kidd, Via Email: svk@kiddlawaustin.com
Mr. Robert E. Valdez, Via Email: revaldez@vjtlawfirm.com
Mr. Joseph Cuellar, Via Email: jcuellar@vjtlawfirm.com
Mr. J. Hampton Skelton, Via Email: hskelton@skeltonwoody.com
Mr. Brandon Gleason, Via Email: bgleason@skeltonwoody.com